BRIAN A. DUUS, ESQ. (SBN 263403)
IOANA R. BURSON, ESQ. (SBN 209471)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601
Email: bduus@leonealberts.com
          iburson@leonealberts.com

Attorneys for Defendants
DUBLIN UNIFIED SCHOOL DISTRICT, erroneously named as
ELEANOR MURRAY FALLON MIDDLE SCHOOL

Lori J. Costanzo, SBN 142633
Frank Zeccola, SBN 308875
Luiza V. Dias, SBN 320629
**COSTANZO LAW FIRM, APC**
111 West Saint John Street, #700
San Jose, CA 95113
Phone: 408.993.8493
Fax: 408.993.8496
Email: lori@costanzo-law.com

Attorneys for Plaintiffs L.T. and
LANCE TURNER II

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., a minor, by and through Guardian Ad Litem LANCE TURNER II, LANCE TURNER II, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ELEANOR MURRAY FALLON MIDDLE SCHOOL, and DOES 1-25, inclusive, <br><br> Defendants. | Case No. 3:24-cv-00110-TSH <br><br> **STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER** <br><br> Fed. R. Civ. Pro. 41(a) |

WHEREAS, on [___April 23___, 2025], Plaintiffs L.T., by and through his Guardian Ad Litem,

Lance Turner III and Lance Turner II, individually, and Defendant DUBLIN UNIFIED SCHOOL

DISTRICT, ERRONEOUSLY SUED HEREIN AS ELEANOR MURRAY FALLON MIDDLE

1

STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER

SCHOOL, entered into a Settlement Agreement and General Release effective [  April 23  , 2025] (the "Settlement Agreement");

IT IS STIPULATED, by and among Plaintiffs and Defendant DISTRICT (the "Stipulating Parties"), that the entire Action, including all claims against the DISTRICT, should be dismissed with prejudice, and that each Stipulating Party should bear its own attorneys' fees, expert fees, and other costs and expenses;

IT IS FURTHER STIPULATED, by and among the Stipulating Parties, that the Court should enter an Order maintaining jurisdiction to enforce the Settlement Agreement, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Stipulated by Plaintiffs  :


Dated:  [  April 25, 2025_____] 2025                    **COSTANZO LAW FIRM, APC**

By:  _____
                                                        LORI J. COSTANZO
                                                        FRANK ZECCOLA
                                                        LUIZA V. DIAS
                                                        *Attorneys for Plaintiffs*


Stipulated by DISTRICT:


Dated:  [_____June 20_____], 2025               **LEONE ALBERTS & DUUS**

By:  _____
                                                        BRIAN A. DUUS
                                                        IOANA R. BURSON
                                                        *Attorneys for Defendant*
                                                        DUBLIN UNIFIED SCHOOL DISTRICT

2

STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, IOANA R. BURSON, declare under penalty of perjury under the laws of the State of California that each of the other signatories hereto has concurred in the filing of this document.

Dated:  [_____June 20_____], 2025

IOANA R. BURSON
*Attorney for Defendant*
DUBLIN UNIFIED SCHOOL DISTRICT

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All claims against all Defendants, and this entire Action, are hereby dismissed with prejudice.  Each Party to this Action shall bear its own attorneys' fees, expert fees, and other costs and expenses.  This Court shall retain jurisdiction to enforce the Settlement Agreement (as defined in the Stipulation of Dismissal).

Dated: _____une 23, 2025_____

HON. THOMAS S. HIXON
United States Magistrate Judge

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER